Submitted by:

SUSAN M. WALKER (State Bar No. 130748)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

JS-6

Attorneys for Plaintiff
UNIVERSAL UNDERWRITERS
INSURANCE COMPANY

MALI NATEGHI
(in pro per)
SHAHRAM NATEGHI
(in pro per)
PO Box 550265
Atlanta, GA  30355
Telephone:  (949) 244-4979

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas Corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AUTOCARE CENTER LLC, a California Limited Liability Company, MIRNAT, INC., a California Corporation, SHAHRAM NATEGHI, an individual, and MALIHEHSSADAT MIRMESDAGH aka MALI NATEGHI, an individual,,<br><br>Defendants. | No. CV 08-06170 DDP (VBKx)<br><br>JUDGMENT ON COMPLAINT AND COUNTERCLAIM |

[PROPOSED] JUDGMENT

The Court, having considered the Stipulation Re Entry of Judgment and the entry of defaults of United Autocare LLC and Mirnat, Inc., and good cause appearing herefor, hereby enters judgment as follows:

1.  Judgment is entered in favor of Universal Underwriters Insurance Company ("UUIC") and against Mali Nateghi, Shahram Nateghi, United Autocare LLC and Mirnat, Inc. on UUIC's First Claim For Declaratory Relief in its Complaint, and, accordingly, it is hereby ADJUDGED AND DECLARED that UUIC has no duty under the insurance policies Mali Nateghi, Shahram Nateghi, United Autocare LLC or Mirnat, Inc. obtained from UUIC to defend or indemnify any of them with respect to the lawsuit entitled *Sauceda v. United AutoCare Center, LLC et al*, Case No. BC 354587, including all amended complaints therein, filed in the Superior Court of the State of California, County of Los Angeles;

2.  UUIC's Second Claim For Relief For Reimbursement of Defense Costs asserted in its Complaint against Mali Nateghi, Shahram Nateghi, United Autocare LLC and Mirnat, Inc. is hereby DISMISSED WITH PREJUDICE;

3.  The Counterclaim filed against UUIC by Mali Nateghi and Shahram Nateghi herein is hereby DISMISSED WITH PREJUDICE; and

4.  Each party shall bear its own attorneys' fees and costs incurred herein.

Dated:  August 17, 2009

_____
Dean D. Pregerson
U.S. District Judge

303338476